No. 87–521.  LEDBETTER, COMMISSIONER OF GEORGIA DEPARTMENT OF HUMAN RESOURCES, ET AL. *v.* TAYLOR.  C. A. 11th Cir. Certiorari denied.

No. 87–1926.  UPPER DARBY TOWNSHIP ET AL. *v.* COLBURN, ADMINISTRATRIX OF THE ESTATE OF STIERHEIM.  C. A. 3d Cir. Certiorari denied.

No. 87–2034.  BARBERA, ADMINISTRATRIX OF THE GOODS, CHATTELS, AND CREDITS OF BARBERA *v.* SCHLESSINGER, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK. C. A. 2d Cir.  Certiorari denied.

No. 87–2054.  O'CONNOR ET AL. *v.* ESTATE OF CONNERS ET AL. C. A. 9th Cir.  Certiorari denied.

No. 87–2120.  JORDA *v.* CITY OF NEW BRUNSWICK ET AL. Super. Ct. N. J., App. Div.  Certiorari denied.

No. 88–576.  ARCHIE ET AL. *v.* CITY OF RACINE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–684.  MAINE ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 88–796.  McINTOSH ET AL. *v.* ARKANSAS.  Sup. Ct. Ark. Certiorari  denied.

No. 88–810.  DISTRICT OF COLUMBIA *v.* PARKER ET UX.  C. A. D. C. Cir.  Certiorari denied.

No. 88–841.  STEVENS *v.* TILLMAN ET AL.  C. A. 7th Cir. Certiorari denied.

No. 88–847.  SIMS *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 88–855.  CITY OF YONKERS *v.* UNITED STATES ET AL. C. A. 2d Cir.  Certiorari denied.